EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| | 2018 TSPR 107 |
| Aprobación de Baja Voluntaria de marzo de 2018 a mayo de 2018 | 200 DPR ____ |

Número del Caso:  EM-2018-14

Fecha: 11 de junio de 2018

Materia:  Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

Aprobación de
Baja Voluntaria de
marzo de 2018
a mayo 2018                        EM-2018-14

RESOLUCIÓN

En San Juan, Puerto Rico, a    11 de junio de 2018.

Durante el periodo de marzo 2018 a mayo de 2018, este Tribunal autorizó la Baja Voluntaria de los siguientes abogados(as):

**mayo 2018**

| | |
|---|---|
| Julio A. Nolla Amado | 4548 |
| Ramón A. Díaz Tacoronte | 6503 |
| Clemente Bobonis Vizcarrondo | 4711 |
| Tomás Céspedes Soto | 4047 |
| Roque Sierra Cruz | 2183 |

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.



Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo